AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| TIMOTHY DRUMMOND | Case Number: 1:03CR0030-03-SRW |
| | USM Number: 11789002 |
| | Richard Cracker Waldrop |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __1, 2, 3, and 4__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to refrain from any unlawful use of a controlled substance (marijuana). | 7/20/2005 |
| 2 | Defendant failed to submit his monthly supervision report for the month of July, 2005 | 7/31/2005 |
| 3 | Defendant failed to report on July 18, 2005 as instructed | 7/18/2005 |
| 4 | Defendant failed to notify the probation officer of his residence change | 7/15/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-0599

Defendant's Date of Birth: XX/XX/1981

Defendant's Residence Address:

Enterprise, AL

Defendant's Mailing Address:

Enterprise, AL

September 27, 2005
Date of Imposition of Judgment

Signature of Judge

SUSAN RUSS WALKER, U. S. MAGISTRATE JUDGE
Name and Title of Judge

9/28/05
Date

Judgment — Page  2  of  2

DEFENDANT:       TIMOTHY DRUMMOND
CASE NUMBER:     1:03cr0030-03-SRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Six (6) months

It is ORDERED that the term of supervision imposed on August 12, 2004, be and is hereby REVOKED.

X    The court makes the following recommendations to the Bureau of Prisons:

     The Court recommends that the Federal Bureau of Prisons designate the defendant to a facility where drug testing in available.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

     ☐  as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐  before 2 p.m. on _____ .

     ☐  as notified by the United States Marshal.

     ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL